UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
EUDORA THOMPSON, et ano.,

                Plaintiffs,

     -against-                                     08 Civ. 7716 (LAK)

JAMES HATCH, et al.,

                Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Defendants' motion to strike and for other relief [docket item 31] is denied.

        Defendants' motion to preclude [docket item 34] is granted in all respects, *provided, however,* that the testimony of Mr. Guild shall not be precluded if plaintiffs' provide defendants, on or before July 9, 2009, with a full and complete expert report by him and, if requested, produce him for deposition by defendants no later than July 31, 2009.

        SO ORDERED.

Dated:     June 26, 2009

                                                          /s/ Lewis A. Kaplan
                                                          Lewis A. Kaplan
                                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/26/09